**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WINNIE ROSALINE KAN,

      Plaintiff,                                 Case No.: 1:26-cv-04062

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

<u>**SCHEDULE A TO COMPLAINT**</u>

| No. | Defendants |
|-----|------------|
| 1 | shenzhenshidepuhuikejiyou |
| 2 | xuchangdingxiazhuangshigongcheng |
| 3 | luoheminfushangmaoyou |
| 4 | ZhuZhouHuanMiaoShangMaoYouXianGongSi |
| 5 | difeijiashengtaihuanjingkeji |
| 6 | taihexianbaochuanmingnongyejiating |
| 7 | 室厨垫品 |
| 8 | Putianshidipeimaoyiyouxiangongsi |
| 9 | 金华市淑徵服饰有限公司 |
| 10 | heyuanzhangmaifuzhuang |
| 11 | LiAn GZiHao |
| 12 | dongguanshijinhonggongyipin |
| 13 | ChangShaJuBaiYeMaoYiYouXianGongSi |
| 14 | Venxieysi |
| 15 | Duludulu |
| 16 | Moltby-US |
| 17 | JuuaYer |
| 18 | GureJion |
| 19 | xiongleidian |
| 20 | AINEEDY |
| 21 | MUQU Direct |
| 22 | Bo Ruo Sheng |

1

| 23 | Hoirt |
|----|-------|
| 24 | HeFeiWeiQin |
| 25 | jiningshimayuanfeidianzi |
| 26 | STINO |
| 27 | Cool Nine |
| 28 | FUNWING PARTY SUPPLIES |
| 29 | WTIANJIAO |
| 30 | OTYSLIU |
| 31 | BestTattoos |
| 32 | PUYA |
| 33 | 益阳市赫山区莲良商贸有限公司 |
| 34 | wanliangwanhu |
| 35 | Seecker H&K |
| 36 | Linmaya US |
| 37 | Yaveron |
| 38 | Mortd |
| 39 | SIYUCR-US |
| 40 | LoveforYou.INC |
| 41 | wen xiao shangmao company limited |
| 42 | Zhihuidianzi |
| 43 | Zhongruixin Store |
| 44 | jiningshigepeipei |
| 45 | Yan Jie2024 |
| 46 | Dependon |
| 47 | starfa lab |
| 48 | RuiJinHuan |
| 49 | LiQunSweet |
| 50 | Glimmery |
| 51 | Qimbytar |
| 52 | Lily and Tiger |
| 53 | sunxiaolingstoer |
| 54 | Yalexqiu |
| 55 | Lunzo |
| 56 | SSNLNBF |
| 57 | Tcoolgroup |
| 58 | Hjugp-us |
| 59 | Framendino |

| | |
|---|---|
| 60 | LILIHS |
| 61 | DSHRTB |
| 62 | WASHBO |
| 63 | MAQIYI |
| 64 | GERYUE |
| 65 | Cotrida |
| 66 | simailestore |
| 67 | baiheyi |
| 68 | Jiahome |
| 69 | quanzhoushichenxiaoguangmaoyiyouxiangongsi |
| 70 | bangruimaoyi |
| 71 | lilamaoyi |
| 72 | Athenstics Stainless steel cup |
| 73 | PanKo Shop |
| 74 | rongtangmaoyi |
| 75 | Tapesb |
| 76 | FeiSu Shop |
| 77 | RSmaoyi12 |
| 78 | Yue Cheng Tuo Co., Ltd. |
| 79 | The Berea Company |
| 80 | Mayfly Island Company |
| 81 | Jinyang Trading Co., Ltd. |
| 82 | Lucksign Better Home |
| 83 | Yip King Trading Co., Ltd. |
| 84 | Mr chen |
| 85 | wanghanjie |
| 86 | HAIYAN STORE |
| 87 | Rongxk home.CC |
| 88 | CANYISTORE |
| 89 | junhongshop |
| 90 | zhengzheshangmao |
| 91 | wuhai |
| 92 | Handied |
| 93 | HENG LIU |
| 94 | NETHOMEWOODS |
| 95 | Danzhou |
| 96 | Coqx Skin Care |
| 97 | JKKJ Co., Ltd |

3

| 98 | DaWei |
|---|---|
| 99 | qinxiangshangmao |
| 100 | Eunoiayd |
| 101 | AmeriDeals |
| 102 | KaiL-US |
| 103 | MingXuKaiZe |
| 104 | XINLANER |
| 105 | yilishop |
| 106 | CHAOYUNYI |
| 107 | RUGED STORE |
| 108 | changshashidaofeiyang |
| 109 | YuZhouShiSheng |
| 110 | SEHNG JU |
| 111 | CAIJIE Home textilesQ |
| 112 | Kinds sticker |
| 113 | ZYCGTRS |
| 114 | ModiFavor |
| 115 | HAMA sticker |
| 116 | XN Sticker |
| 117 | SINGG sticker |
| 118 | Terra WishShape |
| 119 | QI PU Shop |
| 120 | LuckyYouHH |
| 121 | MFZQ |
| 122 | Yayadou Jewelry |
| 123 | FanYuBao |
| 124 | Artist Word |
| 125 | Arts Gift |
| 126 | Home Nap Blanket |
| 127 | Keveloya |
| 128 | TQ OneLinePOD |
| 129 | DOG AND COFFEE |
| 130 | Snap Sticker |
| 131 | Hhmmj |
| 132 | JRL Home and Living |
| 133 | JRL Office and Stationary |
| 134 | ERRFGSDD |
| 135 | XGOPTICS |

4

| 136 | Happy healthy and lucky |
| 137 | LI AO Cancer sign |
| 138 | GG Warm Home |
| 139 | Funny personality car stickers |
| 140 | Rapid Creativity |
| 141 | GEEK TWELVE |
| 142 | SGHAUTS |
| 143 | chchjhcv |
| 144 | kenqianaseven |
| 145 | DanLingJewelry |
| 146 | SY Jewelry A |
| 147 | XhTech |
| 148 | Sticker Decoration shop |
| 149 | ZASQ |
| 150 | KING CRAFT |
| 151 | Zunyaoshop Spring |
| 152 | XXAccessories |
| 153 | ANAN wishcard |
| 154 | MANMAN STICKERS |
| 155 | PellyPiggy |
| 156 | Awesome Selection Crocharms |
| 157 | Ximinz |
| 158 | XIAOCHEN GIFT SHOP |
| 159 | MIOO CRAFT SHOP |
| 160 | POCAROLGU |
| 161 | FRIEND CHARMS |
| 162 | BubbleBubble |
| 163 | IPjewelry |
| 164 | white tea sticker |
| 165 | MOLYFEIR SHOP |
| 166 | kjaskljfa |
| 167 | Sweatshirt e |
| 168 | jianglong |
| 169 | LIUYIWENG |