**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WINNIE ROSALINE KAN,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-04062

Judge LaShonda A. Hunt

Magistrate Judge Daniel P. McLaughlin

**AMENDED SCHEDULE A TO AMENDED COMPLAINT**

| No. | Defendant |
|-----|-----------|
| 1 | Sweatshirt e |