**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WINNIE ROSALINE KAN,

     Plaintiff,                            Case No.: 1:26-cv-04062

v.                                     Judge LaShonda A. Hunt

Sweatshirt e,                      Magistrate Judge Daniel P. McLaughlin

     Defendant.

**PLAINTIFF'S RESPONSE TO [14]**

Plaintiff respectfully responds to this Court's Order [14] and hereby states as follows:

The Defendant identified in Amended Schedule A [13] accepted an order from a customer located in Illinois for the infringing products at issue. Defendant has participated in at least one transaction in which an infringing product was agreed to be sold to an Illinois address. *See* **Exhibit 1**. The Illinois sales receipt demonstrates Defendant's purposeful availment of the Illinois market and establishes a concrete basis for the exercise of personal jurisdiction over Defendant.

DATED: April 22, 2026                Respectfully submitted,

                                         */s/ Keith A. Vogt*
                                         Keith A. Vogt
                                         FL Bar No. 1036084/IL Bar No. 6207971
                                         Keith A. Vogt PLLC
                                         1820 NE 163rd Street, Suite #306
                                         North Miami Beach, Florida 33162
                                         Telephone: 312-971-6752
                                         E-mail: keith@vogtip.com

                                         ***ATTORNEY FOR PLAINTIFF***