Exhibit 1

**001**



 **TEMU**

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

## Order summary

| | |
|---|---|
| Order ID: | PO-211-03416007235191510 |
| Order time: | Oct 23, 2025 |
| Item(s) total: | ~~$146.45~~ |
| Item(s) discount: | -$52.14 |
| | **$94.31** |
| $0.20 off coupons for specific item: | -$0.20 |
| Limited-time discount: | -$0.67 |
| Subtotal: | $93.44 |
| Shipping: | FREE |
| Sales tax: | $9.59 |
| Order total: | **$103.03** |

## Shipping address

████████████████████ , 1111 W 35th St, 15th floor, CHICAGO, IL 60609-1404, United States

## Payment method

 **Temu is committed to protecting your payment information.** We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

**PayPal** ████████████
Paid on Oct 23, 2025

## Item details (19)

 6pcs Cute Hamster Iron-On Stickers - Polyuretha...     $4.02
6pcs                                                      ×1

By  Sweatshirt e

 19/23pcs Cute Dog & Cat Ice Cream Drink Char...     $4.84
23pcs                                                      ×1

By  XIAOYE CRAFT SHOP