**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WINNIE ROSALINE KAN,

       Plaintiff,

v.

Sweatshirt e,

       Defendant.

Case No.: 1:26-cv-04062

Judge LaShonda A. Hunt

Magistrate Judge Daniel P. McLaughlin

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1.     I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, WINNIE ROSALINE KAN ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.     This Court entered an Order permitting Plaintiff to complete service of process to Defendant pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication and by sending an e-mail to the e-mail address provided for Defendant by third parties that includes a link to said website.

3.     I hereby certify that on May 27, 2026, I sent an e-mail containing a copy of the Complaint, Amended Complaint, Order for Leave to Conduct Expedited Discovery, Minute Entry [29], Order for Leave to Conduct Service of Process by E-mail and/or Electronic Publication, and Summons to the e-mail address associated with the account at the Temu, LLC ("Temu") marketplace, as identified and provided for Defendant by third parties.

4.  I hereby certify that on or before May 27, 2026, I electronically published the Complaint, Amended Complaint, Order for Leave to Conduct Expedited Discovery, Minute Entry [29], Order for Leave to Conduct Service of Process by E-mail and/or Electronic Publication, and Summons on a website.

5.  I hereby certify that on May 27, 2026, I sent an e-mail containing a copy of the Complaint, Amended Complaint, Order for Leave to Conduct Expedited Discovery, Minute Entry [29], Order for Leave to Conduct Service of Process by E-mail and/or Electronic Publication, and Summons to the e-mail address associated with the account at the Temu marketplace, as identified and provided by third parties for Defendant, that includes a link to said website.

6.  The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*
