✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 1:26-cv-04062   DATE FILED 04/13/2026 | USDC‑ Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Winnie Rosaline Kan | Sweatshirt e |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK Thomas G. Bruton | (BY) DEPUTY CLERK C. Kellens | DATE 06/26/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-706

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Pembroke Corgi |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | February 17, 2016 |
| **Nation of 1st Publication:** | Australia |

## Author

| | |
|---|---|
| **Author:** | Winnie Rosaline Kan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Indonesia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Winnie Rosaline Kan |
| | Jl. Mangga II E 259B, Pondok Tjandra, Tambaksumur, Waru, Sidoarjo, 61256, Indonesia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Winnie Rosaline Kan |
| **Email:** | pawlovearts@gmail.com |
| **Address:** | Jl. Mangga II E 259B, Pondok Tjandra, Tambaksumur, Waru Sidoarjo 61256 Indonesia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 02, 2025 |

Page 1 of 2

**Applicant's Tracking Number:** WK2025050104



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-708**

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Siberian Husky |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | December 11, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Winnie Rosaline Kan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Indonesia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Winnie Rosaline Kan |
| | Jl. Mangga II E 259B, Pondok Tjandra, Tambaksumur, Waru, Sidoarjo, 61256, Indonesia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Winnie Rosaline Kan |
| **Email:** | pawlovearts@gmail.com |
| **Address:** | Jl. Mangga II E 259B, Pondok Tjandra, Tambaksumur, Waru Sidoarjo 61256 Indonesia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 02, 2025 |

**Applicant's Tracking Number:** WK2025050105



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-704

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** Dwarfie

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 27, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Winnie Rosaline Kan
  **Author Created:** 2-D artwork
  **Citizen of:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Winnie Rosaline Kan
Jl. Mangga II E 259B, Pondok Tjandra, Tambaksumur, Waru, Sidoarjo, 61256, Indonesia

## Rights and Permissions

**Name:** Winnie Rosaline Kan
**Email:** pawlovearts@gmail.com
**Address:** Jl. Mangga II E 259B, Pondok Tjandra, Tambaksumur, Waru
Sidoarjo 61256 Indonesia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025

**Applicant's Tracking Number:**  WK2025050102



**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Winnie Rosaline Kan

                            Plaintiff,

v.                                                    Case No.: 1:26–cv–04062
                                                      Honorable LaShonda A. Hunt

Sweatshirt e

                            Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 25, 2026:

        MINUTE entry before the Honorable LaShonda A. Hunt: Pursuant to Federal Rule of Civil Procedure 41(a)(1) and Plaintiff's notice of voluntary dismissal [34], this action is being dismissed without prejudice. All pending motions and deadlines are terminated as moot. Civil case terminated. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.